FILED

03/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0353

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0353

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ROBERT EARL STAUDENMAYER,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 26, 2023, within which to prepare, file, and serve its response brief.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 14 2023